# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED
SEP 04 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY LN DEP CLK

United States of America
v.

**Kevin Edral Douglas**

*Defendant(s)*

Case No. 5:26-MJ-2297-BM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2026 to September 3, 2026 in the county of Wake in the Eastern District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Threats in Interstate Commerce |

This criminal complaint is based on these facts:

See attached affidavit.

■ Continued on the attached sheet.

*Complainant's signature*

Anthony Patrick, Special Agent, FBI

*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means).*

Date: September 4, 2026; 2:01 pm

*Judge's signature*

City and state: Raleigh, NC

Brian S. Meyers, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Anthony Patrick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, depose and state as follows:

**AFFIANT**

I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since August 2021, and I am currently assigned to the Charlotte Division – Raleigh Violent Crime Against Children Taskforce. I have gained experience through training at Quantico, Virginia and everyday work relating to conducting these types of investigations. Prior to being assigned to the Raleigh Violent Crimes Against Children Taskforce, your affiant's assignments and experience include approximately three years of working in the Fayetteville Resident Agency assigned to a Transnational Organized Crime Taskforce. This affiant attended and completed twenty weeks of training at the FBI's Training Academy located in Quantico, Virginia, receiving over 800 hours of training from Quantico in criminal investigations. Through this affiant's training and experience, I have been involved in numerous criminal investigations. As a result, the knowledge that I have obtained during my law enforcement career has been further informed by other law enforcement agents with experience conducting criminal investigations. I have also obtained my Bachelor of Science degree in Digital Forensics from Bloomsburg University of Pennsylvania, located in Bloomsburg, Pennsylvania. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

## Purpose

This affidavit is submitted in support of a criminal complaint and arrest warrant for Kevin Edral Douglas, born June 6, 1977, for violation of 18 U.S.C. § 875(c); prohibiting any individual from sending by or through means of interstate or foreign commerce any threat to kidnap or injure another person.

## Sources of Information

The information contained within this affidavit is based on information provided to me from other law enforcement officers and my own investigation. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## Factual Summary

The requested criminal complaint is in furtherance of an investigation into Kevin Edral Douglas, date of birth 6/6/1977 who used several online monikers to threaten a female via the Internet. DOUGLAS sent several hundred messages to a female hereinafter referred to as "EC" through the platform, "Big Cartel", a company based out of Salt Lake, Utah. EC is a professional singer and songwriter who resides in Las Vegas, Nevada. DOUGLAS sent hundreds of messages to EC while DOUGLAS resided in Raleigh, North Carolina through the Big Cartel platform. Of the hundreds of messages sent to EC, a significant number of the messages were threatening in nature.

According to United States Probation, DOUGLAS has been on supervised release since September 2, 2025. As a condition of his supervised release, DOUGLAS was required to seek

approval to leave the Eastern District of North Carolina. DOUGLAS has never sought approval to leave the Eastern District of North Carolina.

**<u>Interview of EC</u>**

On September 3, 2026, and September 4, 2026, EC was interviewed telephonically by the FBI. During the telephonic interviews, EC disclosed the following information:

EC traveled abroad and returned to Las Vegas, NV on August 10, 2026, and has remained in the Las Vegas area since. The messages from DOUGLAS via Big Cartel began on August 29, 2026. EC described receiving hundreds of messages from DOUGLAS between August 29, 2026 through September 3, 2026. EC believed some of the messages to be threatening in nature and was worried that DOUGLAS might follow-through with his threats.

**<u>Evidence Identifying DOUGLAS</u>**

On September 3, 2026, the FBI National Threat Operations Center (NTOC) received a tip from EC alleging that DOUGLAS sent her several hundred messages threatening to kill her. Specifically, EC informed the FBI that DOUGLAS was persistently targeting her with cyber threats. DOUGLAS sent more than 300 threatening messages, including statements such as "I will kill you" and "I will murder you", along with many others that were confusing and indicative of mental instability. EC stated that the harassment began around June 2026, initially through emails that were blocked. DOUGLAS continued to create new email accounts and subscribed to EC's Patreon. According to EC, the most recent message from DOUGLAS was 9/3/2026, at 9:21 AM (assuming PDT). The most recent period of harassment occurred during the past three to four days, causing EC significant distress and sleeplessness. EC believed the threats to be credible.

EC shared some screenshots of messages with the FBI. In one of the messages, DOUGLAS messaged EC via Big Cartel:

> if you take it I WILL fucking kill you
> youre supposed to refuse ANYTHING from me
> the fuck youre just gonna rape me and now you are 3 times
> its like 5 different dicks at this point
> including his tiny pecker cause he uses a baby pecker for extra thrills somehow

On 9/3/2026 at 06:36 AM (PDT) DOUGLAS sent the following message to EC via Big Cartel:

> This alone will get you killed and thrown away
> These videos are trash hate watching your crap on bananas
> The numbers are not what you think either
> Youtube doesn't work that way
> I guess you don't realize theyre all random if not bots

On 9/2/2026 at 6:27 PM (PDT), DOUGLAS sent the following message via Big Cartel stating that he "woke up anyway like 6pm eastern time":

> i did it two or three times in the last half hour
> to see if you would even notice
>
> anyway we are not talking over here i get nothing but trash noise
> no direct line (never was one really)
>
> also theres imagination and reality and lots of complexity to cognition
>
> not even interested in going over all that but imagination itself is easy to duplicate replicate control etc
>
> then all of them are defending that none of this is real and none of it should be real etc
>
> cause youre refusing to do things in real life and claiming you live in the shadows and darkness
>
> earlier you were trying to kill yourself in the open sun in the salty ocean so you would incinerate and die just to get it over with

when i woke up anyway like 6pm eastern time

**Database Checks for Kevin DOUGLAS**

On 9/3/2026, the FBI conducted database checks for Kevin DOUGLAS, date of birth: 6/6/1977, resulting in the following:

| | |
|---|---|
| Name: | Kevin Douglas |
| Date of Birth: | 6/6/1977 |
| Social Security Number: | 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 |
| Address: | 5325 Wayne Street, APT D, Raleigh, NC 27606 |
| Criminal History: | 3/16/2012 – THREAT-INTIM W/INJ-DMGE PROP (M);<br><br>6/6/2008 – LARCENY (F), POSSESSION OF STOLEN GOODS (F), ATTEMPT BREAK/ENTER MOTOR VEH (M);<br><br>11/2/2023 – THREAT – TERRORISTIC – STATE OFFENSES – THREAT TO KIDNAP CHILDREN (F) |
| FBI Number: | 236031TB6 |
| Probation | DOUGLAS is currently on federal supervised release pursuant to a conviction in the Eastern District of North Carolina, Case No. 5:24-cr-00006-D-KS-1 |

**Interview of Kevin DOUGLAS**

On 9/3/2026, law enforcement officers conducted an interview with Kevin DOUGLAS. FBI Special Agent (SA) Don Anderson, SA Anthony Patrick, and officers of the Raleigh Police Department were present for the interview. The interview was recorded in its entirety. During the interview, DOUGLAS informed investigators that he started listening to EC's music approximately four years ago, prior to being indicted on federal charges. DOUGLAS liked EC's music and wanted to marry EC. DOUGLAS sent the Vatican multiple messages / prayers in hopes to marry EC. After finding out EC was married, DOUGLAS attempted to retract the prayers to the

Vatican. DOUGLAS attempted to subscribe to EC's Patreon account and give EC $500 to have a virtual dinner with EC.

During the interview, DOUGLAS allowed investigators to enter his residence. Upon entering DOUGLAS' residence, DOUGLAS informed investigators that he created an AI chat bot that listened to everything spoken within the residence, translated the spoken words to Russian, and played it through the speakers in the voice of EC.

DOUGLAS then verified that he was the owner of the email account "inner.vision@mail.com", one of the email accounts used to communicate threats to EC, and used the email account to send the message to EC. Investigators showed DOUGLAS the second screenshots of the messages and DOUGLAS confirmed that he also sent that messages to EC. DOUGLAS informed investigators that he has never been to Las Vegas since being on supervised release.

(intentionally left blank)

## Probable Cause

Based on the facts described above, there is probable cause to believe that from on or about June, 2026, continuing up to and including September 3, 2026, in the Eastern District of North Carolina, Kevin DOUGLAS, did knowingly, in violation of 18 U.S.C. § 875(c) sent threatening communications to EC; threatening to kill EC. EC expressed her concerns to law enforcement and believed that DOUGLAS would follow through on his threats to her life.

**WHEREFORE**, I submit that this Affidavit supports probable cause for a warrant to arrest Kevin Edral Douglas for Communicating Threats, in violation of 18 U.S.C. § 875(c).

ANTHONY PATRICK
Special Agent
Federal Bureau of Investigation

On this 4th day of September, 2026, Anthony Patrick appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit via telephone at 2:01pm.

BRIAN S. MEYERS
UNITED STATES MAGISTRATE JUDGE